■ BARBARA HEWLETT, Respondent, v WILLIAM W. HEWLETT, Appellant. —In an action for divorce, defendant appeals from an order of the Supreme Court, Nassau County, dated January 4, 1978, which denied his motion (1) to vacate and set aside his default in answering the complaint and (2) for leave to interpose an answer. Order reversed, without costs or disbursements, and motion granted. Defendant's time to answer is extended until 20 days after entry of the order to be made hereon. In matrimonial actions the policy with respect to vacating defaults is a liberal one (Kerr v Kerr, 6 AD2d 807; Hegarty v Hegarty, 48 AD2d 891). Under the facts herein, the motion should have been granted. Martuscello, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■ VALERIE A. McDERMOTT, Petitioner, v KEW GARDENS NURSING HOME et al., Respondents.—Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated February 15, 1977, which affirmed an order of the State Division of Human Rights dated August 13, 1975, which dismissed petitioner's complaint alleging unlawful and discriminatory termination of her employment. Determination confirmed and proceeding dismissed, without costs or disbursements. The determination under review is fully supported by the return of the State Division of Human Rights. Hopkins, J. P., Martuscello, Damiani and Rabin, JJ., concur.